# Exhibit A-1

# Details

**Updated : Tuesday, June 2, 2020 4:35:48 AM**

New Search (/OnlineCaseInformationWeb/)

Request Documents (https://www.traviscountytx.gov/district-clerk/records-request)

| | |
|---|---|
| **Cause Number** | D-1-GN-20-002206 |
| **Case Status** | PENDING |
| **Style** | FREEMAN V. WYNDEN STARK LLC |
| **Filed Date** | 4/20/2020 |
| **Hearing Date** | -- |

| Attorney | Type | Full/Business Name | First Name | Middle Name | Last Name |
|---|---|---|---|---|---|
| HASH PAUL E. | DEFENDANT | WYNDEN STARK LLC | | | |
| SANFORD BRIAN PAUL | PLAINTIFF | | DANIEL | | FREEMAN |

| Event Date | Party Type | Description |
|---|---|---|
| 5/29/2020 | DF | ORIG ANSWER/SPECIAL APPEARANCE |
| 4/28/2020 | DF | ISS:CITATION |
| 4/20/2020 | PL | ORIGINAL PETITION/APPLICATION |

New Search (/OnlineCaseInformationWeb/)