IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL FREEMAN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-589-LY |
| | § | |
| WYDEN STARK, LLC D/B/A | § | |
| GQR GLOBAL MARKETS, | § | |
| DEFENDANT. | § | |

## ORDER SETTING JURY TRIAL

**IT IS HEREBY ORDERED** that the above entitled and numbered cause is **SET** for **JURY SELECTION AND TRIAL** on **Monday, October 18, 2021, at 9:00 a.m.** in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this 21st day of September, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE