UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL FREEMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-589-LY |
| WYNDEN STARK, LLC d/b/a/ GQR GLOBAL MARKETS, | § § § § | JURY DEMANDED |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice. After considering the Motion, the Court finds that it should be granted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to dismiss is hereby GRANTED; and

IT IS FURTHER ORDERED that all claims and causes of action asserted by the parties are hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that all costs incurred are taxed against the party incurring same.

SIGNED this 4th day of November, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE