IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL FREEMAN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-589-LY |
| | § | |
| WYDEN STARK, LLC D/B/A | § | |
| GQR GLOBAL MARKETS, | § | |
| DEFENDANT. | § | |

# FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date the court granted Plaintiff's Unopposed Motion to Dismiss with Prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this 4th day of November, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE